IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JAMES W. GIESLER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | NO. CV 06-522-JPG |
| | ) | |
| **MIDCOAST AVIATION, INC.,** a foreign corporation, | ) ) | |
| | ) | |
| Defendant. | ) | |

# JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having received a Stipulation of Dismissal signed by all counsel of record advising this Court that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated:   December 20, 2006

NORBERT JAWORSKI, CLERK

s/Brenda K. Lowe
Deputy Clerk


**APPROVED:** s/ J. Phil Gilbert
            U. S. DISTRICT JUDGE